UNITED STATES COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAM BADAWI,

    Plaintiff,

v.

                                                               Case No.: 8:21-cv-01825-TPB-AAS

BRUNSWICK CORPORATION,
SEA RAY BOATS, INC., and
MARINEMAX EAST, INC.

    Defendants.
_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, MarineMax East, Inc. (incorporated in Delaware), advises the Court that it is wholly owned by MarineMax, Inc. There are no publicly traded companies that own more than 10% of MarineMax East, Inc.'s stock.

                                                Respectfully submitted,

                                                /s/ Julie A. Aiello
                                                **MICHAEL J. BRADFORD**
                                                Florida Bar No. 184314
                                                **JULIE A. AIELLO**
                                                Florida Bar No. 085808
                                                MARSHALL DENNEHEY WARNER
                                                COLEMAN & GOGGIN
                                                201 E. Kennedy Blvd., Suite 1100
                                                Tampa, Florida, 33602
                                                Phone:       813-898-1800
                                                Facsimile:   813-221-5026
                                                *Attorneys for Defendant, MarineMax East, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2021, I served via email to: Sam Y. Badawi, Esq., Badawi Law, 1405 University Point Place, Tampa, FL 33613, at sam@badawilaw.com and admin@badawilaw.com, *Counsel for Plaintiff* and Christina M. Paul, Esq., and Charles F. Wolf, Esq., K&L Gates, LLP, 200 S. Biscayne Boulevard, Suite 3900, Miami, FL 33131-2399 at laureen.reyes@klgates.com, docketing.east@klgates.com, christina.paul@klgates.com, and charles.wolf@klgates.com, *Counsel for Defendants, Brunswick Corporation and Sea Ray Boats, Inc*.

                                                                              /s/ Julie A. Aiello
                                                                              Attorney